*County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of VALERIE A. BROOKS, Appellant, v JERAD M. DAVIS, Respondent. (Appeal No. 25.) [3 NYS3d 679]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of AMANDA L. WEILER, Appellant, v KEVIN C. BROWN, Respondent. (Appeal No. 26.) [3 NYS3d 664]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SCZERBANIEWICZ, Appellant. [5 NYS3d 644]—

Appeal from an order of the Onondaga County Court (Joseph E. Fahey, J.), entered April 9, 2014. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.